

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

§

DONALD SHADRACK BARRETT,  §          No. 08-14-00039-CR

Appellant,  §          Appeal from the

v.  §          County Criminal Court No. 7

THE STATE OF TEXAS,  §          of Dallas County, Texas

State.  §          (TC# M1346036H)

§

**O R D E R**

The Court GRANTS Trashuna R. Salaam's fourth request for an extension of time within which to file the Reporter's Record until **May 23, 2014.** NO FURTHER REQUESTS FOR EXTENSION OF TIME TO FILE THE REPORTER'S RECORD WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that Trashuna R. Sallam, Official Court Reporter for County Criminal Court No. 7 for Dallas County, Texas, prepare the Reporter's Record and forward the same to this Court on or before May 23, 2014.

IT IS SO ORDERED this 21st day of May, 2014.

PER CURIAM

Before McClure, C.J., Rivera and Rodriguez, JJ.